1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Kelly Christine Sheek
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | KELLY CHRISTINE SHEEK,            | ) Case No.: 2:20-cv-01523-MRW
   |                                   | )
12 |                                   | ) ORDER OF DISMISSAL
   |          Plaintiff,               | )
13 |                                   | )
   |    vs.                            | )
14 |                                   | )
   | ANDREW SAUL,                      | )
15 | Commissioner of Social Security,  | )
16 |                                   | )
   |          Defendant.               | )
17 |                                   | )

18

19
       The above captioned matter is dismissed with prejudice, each party to bear
20
   its own fees, costs, and expenses.
21
       IT IS SO ORDERED.
22
   DATE: August 20, 2020
23
                                    _____
24                                  THE HONORABLE MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:20-CV-01523-MRW

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 11, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff
_____